AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BENJAMIN ADDISON,
        PLAINTIFF,

vs.

RICHARD SASSI, JR.,
        DEFENDANT.

**APPEARANCE**

Case Number: 08 civ. 3895

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Detective Richard Sassi, Jr.

I certify that I am admitted to practice in this court.

June 3, 2008
Date

Signature

John J. Walsh      4092
Print Name      Bar Number

55 Church St., Suite 211
Address

White Plains, NY      10601
City      State      Zip Code

914-385-6000      914-385-6060
Phone Number      Fax Number