```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Benjamin Addison,

                Plaintiff(s),                      08 Civ. 03895 (KMK)(MDF)

    -against-

Robert Sassi, Jr.,                              CALENDAR NOTICE

                Defendant(s).
------------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

\_\_\_ Pre-trial Conference      \_\_\_ Status Conference      \_\_\_ Oral argument
\_\_\_ Settlement conference    \_\_\_ Plea Hearing           \_\_\_ Suppression hearing
_X_ Rule (16) conference      \_\_\_ Final pre-trial conference
\_\_\_ Telephone Conference    \_\_\_ Jury Selection and Trial
\_\_\_ Non-Jury Trial                 \_\_\_ Inquest

**before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, August 6, 2008 at 12:00 p.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: June 26, 2008
       White Plains, New York

                                                    So Ordered

                                               _____
                                               Kenneth M. Karas, U.S.D.J