UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BENJAMIN ADDISON,                                   08 civ. 3895

                Plaintiff,

    -against-                                        NOTICE TO TAKE
                                                    DEPOSITION UPON
RICHARD SASSI, JR.,                                 ORAL EXAMINATION

                Defendant.
-----------------------------------------------------------X

**COUNSELORS:**

    **PLEASE TAKE NOTICE,** that pursuant to Article 31 of the Civil Practice Law and Rules the testimony, upon oral examination, of the plaintiff, **BENJAMIN ADDISON,** as an adverse party, will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at **the Law Offices of Hodges, Walsh & Slater, LLP, located at 55 Church Street, Suite 211, White Plains, NY on the 14th day of August, 2008, at 2:00 p.m.** in the forenoon of that day with respect to evidence material and necessary in the defense of this action.

Dated: White Plains, NY
       July 25, 2008

                                        Yours, etc.

                                        _____
                                        JOHN J. WALSH (4092)
                                        **HODGES, WALSH & SLATER, LLP**
                                        Attorneys for Defendant
                                        55 Church Street, Suite 211
                                        **White Plains, NY  10601**
                                        **Tel:   (914) 385-6000**
                                        **Fax:  (914) 385-6060**

TO: SUSSMAN & WATKINS
Attorneys for Plaintiff
40 Park Place
P.O. Box 1005
Goshen, NY 10924

Case 7:08-cv-03895-KMK   Document 6   Filed 08/04/2008   Page 2 of 3

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           SS.:)
COUNTY OF WESTCHESTER  )

Kim J. Lambertus, being duly sworn, deposes and says:

I am employed by the law firm of HODGES, WALSH & SLATER, LLP, counsel for Defendant in the above action and I am over the age of 18 years and I am not a party to this action. On August 4, 2008, I served a true copy of the annexed **Notice to Take Deposition Upon Oral Examination** in the following manner: by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of all attorneys in this action as indicated below:

TO: Sussman & Watkins
Attorneys for Plaintiff
40 Park Place
P.O. Box 1005
Goshen, NY 10924

_____
Kim J. Lambertus

Sworn to before me this
4th day of August, 2008

_____
Notary Public

LAURA J. HEANEY MALFETANO
NOTARY PUBLIC, State of New York
No. 01HE6084655
Qualified in Westchester County
Commission Expires 12/9/10